IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW ACKER,** | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| **RAY ANGELINI, INC.** and | : | |
| **AJA SKIES THE LIMIT, INC.,** | : | No. 14-0019 |
| Defendants, | : | |
| v. | : | |
| **DDM STEEL CONSTRUCTION, LLC,** | : | |
| **FRANK LUBISKY** d/b/a UNION ROOFING, | : | |
| and **UNION ROOFING CONTRACTORS,** | : | |
| **INC.,** d/b/a UNION ROOFING, | : | |
| Third Party Defendants. | : | |

## ORDER

This 16th day of August, 2016, upon consideration of the Motion for Summary Judgment filed by Defendant Ray Angelini, Inc. and the Motion for Summary Judgment filed by Third Party Defendants Frank Lubisky d/b/a/ Union Roofing and Union Roofing Contractors, Inc. d/b/a Union Roofing, and the Responses and Replies thereto, it is hereby **ORDERED** that the Motions are both **DENIED** for the reasons expressed in the accompanying Memorandum.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge