# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW ACKER, : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION |
| RAY ANGELINI, INC. and : | |
| AJA SKIES THE LIMIT, INC., : | No. 14-0019 |
| Defendants, : | |
| v. : | |
| DDM STEEL CONSTRUCTION, LLC, : | |
| FRANK LUBISKY d/b/a UNION ROOFING, : | |
| and UNION ROOFING CONTRACTORS, : | |
| INC., d/b/a UNION ROOFING, : | |
| Third Party Defendants. : | |

## ORDER

This 29th day of September, 2017, it is hereby **ORDERED** that judgment is entered in favor of Ray Angelini, Inc. and against Union Roofing Contractors Inc., d/b/a Union Roofing, in the total amount of $450,000.00.

Any pending motions are dismissed as **MOOT**, and the Clerk shall mark this case closed for statistical purposes.

                                                       /s/ Gerald Austin McHugh
                                              United States District Judge